MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    Rita.lin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-00134 VC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE FROM MARCH 30, 2015 TO MARCH 31, 2015, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JUVENAL MONDRAGON and LENY ROMERO MOYA, | |
| Defendants | |

The defendants, JUVENAL MONDRAGON, represented by Elizabeth Falk, Assistant Federal Public Defender, and LENY ROMERO MOYA, represented by Adam Gasner, and the government, represented by Rita F. Lin, Assistant United States Attorney, were previously scheduled to appear before the Court on March 30, 2015, for a status conference.  Because the Court is no longer available on that date, the Court inquired if the parties were available to reschedule the status conference for March 31, 2015 at 1:00 p.m..  The parties, by and through their counsel, state that they are available on March 31, 2015 at 1:00 p.m.

The government has produced discovery to defense counsel, and defense counsel is in the process of reviewing that discovery and discussing it with the defendant.

STIPULATION AND [PROPOSED] ORDER RE STATUS CONFERENCE
Case No. CR 15-134 VC

1  Counsel for the defendant hereby requests that time be excluded under the Speedy Trial Act
2  between March 30, 2015, and March 31, 2015 in order to provide time to review the discovery produced
3  by the government, to conduct necessary investigation, and to obtain discovery that the defense seeks to
4  produce.  Failing to exclude that time would unreasonably deny the defendant continuity of counsel and
5  would deny counsel the reasonable time necessary for effective preparation, taking into account the
6  exercise of due diligence.  The government has no objection to excluding time.

7  Based upon the representations of counsel and for good cause shown, the Court hereby continues
8  the status conference from March 30, 2015 to March 31, 2015 at 1:00 p.m.  The Court finds that failing
9  to exclude the time between March 30, 2015, and March 31, 2015, would unreasonably deny the
10 defendant continuity of counsel and would deny counsel the reasonable time necessary for effective
11 preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The
12 Court further finds that the ends of justice served by excluding the time between March 30, 2015, and
13 March 31, 2015, from computation under the Speedy Trial Act outweigh the best interests of the public
14 and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between March
15 30, 2015, and March 31, 2015, shall be excluded from computation under the Speedy Trial Act.  18
16 U.S.C. § 3161(h)(7)(A) and (B)(iv).

18 DATED: March 24, 2015

Hon. Vince Chhabria
United States District Judge

Approved As To Form:

/s/                                          Dated:  March 19, 2015
ELIZABETH FALK
Counsel for Defendant Juvenal Mondragon

/s/                                          Dated:  March 19, 2015
ADAM GASNER
Counsel for Defendant Leny Romero Moya

/s/                                          Dated:  March 19, 2015
RITA F. LIN
Assistant United States Attorney
Counsel for United States

STIPULATION AND [PROPOSED] ORDER RE STATUS CONFERENCE
Case No. CR 15-134 VC