UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUVENAL MONDRAGON,<br><br>Defendant. | CR-15-00134-VC<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL |

The individual named above as defendant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above defendant, solely for the limited purpose of assessing eligibility for reduction of sentence and filing of compassnt.ionate release motion under the First Step Act.

Martin A. Sabelli
740 Noe Street
San Francisco, CA 94114
(415)817-9476
msabelli@sabellilaw.com

_____
Appointing Judge: Hon. Judge Vince Chhabria

August 11, 2020                             August 11, 2020
Date of Order                                Nunc Pro Tunc Date